MICHAEL WALLIN, Cal. Bar No. 240344
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
Telephone: 949-652-2200
Facsimile: 949-652-2210
mwallin@wallinrussell.com

Attorneys for Judgment Creditor
NATIONWIDE JUDGMENT RECOVERY, INC.



Link 3
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY, INC., | Case No. SA CV 22-1297-PSG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING SERVICE OF PROCESS BY REGISTERED PROCESS SERVER |
| v. | |
| TODD DISNER et al., | |
| Defendants. | |

    Pursuant to the request of judgment creditor Nationwide Judgment Recovery, Inc. and Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, both ABC Legal and Megan Fuller, registered process servers who are at least 18 years of age and not a party to the within action, are authorized and appointed to serve all levy-related documents in the above-captioned case. The United States Marshal's Office shall remain the Levying Officer.

### 

IT IS SO ORDERED.
DATED: 7/15/22

UNITED STATES DISTRICT JUDGE